UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOTION TO TRAVEL OUTSIDE THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.:   3:21CR00194(VAB) |
| | Defendant No. 001 |
| Plaintiff | |
| -vs- | |
| DAVID KANIA | |
| Defendant | |

### AFFIDAVIT

I, DAVID KANIA, of Wilton Manors, in Broward County, Florida, MAKE OATH AND SAY THAT:

1. The Defendant, David Kania, acting on behalf of himself, requests permission to travel outside the southern District of Florida, from May 25th to June 12th 2023 based on the following considerations:

2. On January 3, 2023 Kania's Relocation Request to the Southern District of Florida was approved. This restricts his travel to the Southern District of Florida.

3. On November 14, 2022 Kania was sentenced to 60 days in prison followed by three years of supervised release. He completed his 60 days in prison February 2, 2023. Kania is currently on supervised release in the Southern District of Florida.

4. Kania has complied with all Mandatory, Standard and Special Conditions of Supervision including being current with restitution payments, participating in a substance abuse program and

drug testing, and finding employment.

5. Kania would like to travel to Connecticut for doctor appointments including: 1) Yale University Nathan Smith Department of Infectious Diseases, May 31 at 2:30 located at 15 York street, New Haven CT. 2) Dr. Mathew Ellman, GP, May 25 at 3:30, located at 800 Howard Avenue, New Haven CT, 3) Dr. Michalski, located at 15 Rhodes Road, Rockyhill CT, May 31 at 10:45 4) Dr. Charles Odonkor, Orthopedic Surgeon, Yale University, located at 633 Middlesex Tnpk, time - TBD, 5) Dr Honig, Urologist, June 6 at 9:50, Yale University, located at 1281 Boston Post Road, Madison, CT.

He would also like to attend his eldest son's graduation from Bates college in Lewiston, Maine May 26-28, 2023. Ceremonies will take place May 27 and 28th at Bates College Commons. Kania will be staying with family members, Israel Flores - spouse and Jay kane - brother, at 110 Park street, Portland Maine Unit #3 May 26-28th.

Lastly, Kania would like to attend a memorial service for his mother-in-law, Juana Flores Rivera, who passed away November 20, 2022, in Puerto Rico. Dates: June 8-12, 2023. Details, address can be provided as required.

6. Kania will be accompanied at all times by his husband and other family members. All travel costs, including transportation, lodging, and living expenses will be covered by Kania's spouse, Israel Flores.

STATE OF FLORIDA

COUNTY OF BROWARD COUNTY

SUBSCRIBED AND SWORN TO BEFORE ME, by means of ✓ physical presence or ___ online notarization, on the 9th day of May, 2023

OMAR PALACIOS
Commission # HH 327998
Expires October 31, 2026

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires:
10-31-2026

_____
(Signature)

DAVID KANIA

Copyright 2002-2023, LegalContracts.com