UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  3:21CR194 (VAB) |
| v. | |
| DAVID KANIA | May 16, 2023 |

**GOVERNMENT'S PARTIAL OPPOSITION
TO DEFENDANT'S MOTION TO TRAVEL**

The Government opposes defendant David Kania's request (Doc. 47) for travel to Puerto Rico, but defers to the Court and Probation Office on Kania's request for travel to doctor's appointments in Connecticut and his son's graduation in Maine.  This position is consistent with that of the United States Probation Office for the Southern District of Florida, which supervises Kania, and which opposes the travel to Puerto Rico but does not oppose the remainder of the request.

**I.      Background**

On November 15, 2021, Kania appeared before the Court and pleaded guilty to each count of a two-count information charging him with Wire Fraud, in violation of Title 18, United States Code, Section 1343 and Filing a False Tax Return, in violation of Title 26, United States Code, Section 7206(1) for the calendar year 2016.  In brief, Kania pleaded guilty to defrauding certain Connecticut wage subsidy and employee training programs that were intended to aid the long-term unemployed.  Instead, Kania used funds he fraudulently obtained from those programs for himself and his businesses.  Additionally, Kania admitted to failing to report to the IRS significant personal expenses that he paid through his businesses.

On November 14, 2022, Kania was sentenced to 60 days' imprisonment followed by three years of supervised release, along with restitution of $1,054,722.22.  Kania was released to

supervision on February 2, 2023.

## II. The Court Should Defer to Probation and Partially Deny Kania's Motion

The Government defers to the Court and the Probation Office on Kania's motion to travel to Connecticut for doctor's appointments and to Maine for his son's college graduation but, consistent with the Probation Office's position, opposes the application for travel to Puerto Rico.

According to the Probation Office, Kania has been requesting to travel since the time of his release. The Probation Officer explained to Kania that the ability to travel while on supervision was a privilege earned through compliance with conditions of release, not a right, and that he was not at the time in compliance. At the time of his initial travel request, Kania had not started making restitution payments, he had not started substance abuse treatment, and the Probation Office had not completed its financial investigation. Since that time, however, Kania has begun his treatment and has begun to make restitution payments. Accordingly, the Probation Office does not object to his travel for doctor's appointments to Connecticut and his son's graduation in Maine. The Probation Office noted that it may take a different position on travel for doctor's appointments in the future, reasoning that Kania should find doctors in Florida given that he requested to have his supervision transferred to Florida.

However, the Probation Office and the Government object to Kania's travel to Puerto Rico. Per the Probation Office, that additional destination would put Kania out of the district of his supervision for a total of three weeks, and answers no medical emergency (as arguably his doctor's appointments do) nor is it obvious that his presence is critical (as in the case of his son's graduation). The Government adds that although Kania contends that his husband will pay for the travel, Kania's access to such resources (regardless of the source of funds) for extended travel should be balanced against his massive restitution obligation. Moreover, Kania is obligated to

participate in a substance abuse program (Doc. 41 at 5), which is vital to his reentry. As the Court is aware, Kania has a history of substance abuse, including while on supervision. *See* Doc. 39. The Probation Office is rightly resistant to extended travel away from his substance abuse treatment, absent compelling circumstances.

      Accordingly, the Government opposes Kania's travel to Puerto Rico, but defers to the Court and the Probation Office on the remainder of the request.

                                            Respectfully submitted,

                                            VANESSA ROBERTS AVERY
                                            UNITED STATES ATTORNEY

                                            /s/ David E. Novick
                                            DAVID E. NOVICK
                                            ASSISTANT U.S. ATTORNEY
                                            Federal Bar No. phv02874
                                            157 Church Street, 25th Floor
                                            New Haven, CT 06510
                                            Tel: 203-821-3700
                                            Email: David.Novick@usdoj.gov

CERTIFICATION OF SERVICE

      This is to certify that on May 16, 2023, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

David Kania
508 NE 28th Street
Wilton Manors, FL 33334

/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY